

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

March 18, 1939

Mr. Mortimer Brown
Executive Secretary
Teacher Retirement System of Texas
Austin, Texas

Dear Sir:

                    Opinion No. O-466
                    Re: Procedure for payment of Teacher
                        Retirement Funds of deceased
                        member.

        Your request for an opinion as to whether
the Teacher Retirement System of Texas should pay the
accumulated contributions of a deceased member to a
person who has been designated in the will to receive
"all that I own and possess", provided the Teacher
Retirement System has not received any other form of
designation of beneficiary from the deceased has been
received by this office.

        You are advised that the proper procedure
for handling the above matter is to pay the accumulated
contributions to the estate of the deceased member.
You should not pay to the beneficiary under the will
but to this estate for distribution according to the
will.  To follow this procedure will protect the
Teacher Retirement System.

                                Very truly yours

                                ATTORNEY GENERAL OF TEXAS

                            By  Richard H. Cooke
                                    Assistant

RHC:AW

APPROVED:


ATTORNEY GENERAL OF TEXAS